UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:

**Bronx Miracle Gospel Tabernacle**
**Word of Faith Ministries, Inc.**

-----------------------------------------------------------X

**ORDER OF DISMISSAL**
**FOR**
**FAILURE TO PROSECUTE**
**BANKRUPTCY APPEAL**

21--CV-2326 AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

FROM:  VITO GENNA, CLERK
       UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK

TO:    RUBY J. KRAJICK, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Bronx Miracle Gospel Tabernacle
       Word of Faith Ministries, Inc.         BANKRUPTCY CASE: **19-B-12447 (DSJ)**
DATE OF FILING NOTICE OF APPEAL: 02/12/2021
BANKRUPTCY DOCUMENT #: 199

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and file the Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **July 15, 2021**                         Vito Genna, Clerk
        New York, New York                        U.S. Bankruptcy Court, SDNY

                                                  By: ___s/ Anatin Rouzeau___
                                                          Deputy Clerk

**ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED**.

Dated __July 16__ 20 _21_
      New York, New York                Alison J. Nathan, Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                        District Court, SDNY

                                                        By: _____
                                                                Deputy Clerk