UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/6/21
```

Jeanette Y. Brown,

                  Appellant,

       –v–

Deborah J. Piazza,

                  Appellee.

21-cv-2326 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This appeal was filed on March 17, 2021, by Jeanette Y. Brown on her own behalf.  Dkt. No. 1.  This Court dismissed the case on July 16, 2021, for failure to pay the filing fee.  Dkt. No. 3.  According to the U.S. Bankruptcy Court's public docket in case 19-BK-12447, docket number 199, the fee has since been paid.

    The Court received in the mail the attached letter from Bernel A. Richardson, a Deacon in Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc., the Debtor in the underlying bankruptcy proceedings.  Ms. Brown is listed in the letter as a Minister of the Church, but she apparently did not write or sign the letter.

    The individuals listed in the letter may not prosecute this appeal on Ms. Brown's behalf. None of the signatories to the letter purport to be attorneys licensed to practice in federal court. Though individuals, including Ms. Brown, have a right to represent themselves in federal court, they "may not appear pro se in the cause of another person or entity." *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997).

    The Court also observes that the letter and its attachments do not appear to involve any

1

topics at issue in the Order dated February 3, 2021, which Ms. Brown appealed, but instead raise legal claims on behalf of the Church itself.  An entity like the Church must be represented in federal court by legal counsel.  *MAG-V-Inc. v. Brooklyn Legal Servs. Corp.*, No. 17-CV-758 (PKC), 2017 WL 1497959, at *2 (E.D.N.Y. Apr. 26, 2017).

For the reasons given, the Court will take no further action regarding this letter.

The Clerk of the U.S. Bankruptcy Court, Southern District of New York shall refund the filing fee paid upon request.

The Clerk of Court is respectfully directed to mail a copy of this Order to Bernel A. Richardson at the address provided in the letter:

Bernel A. Richardson
4359 Furman Ave., #3B
Bronx, NY 10469

SO ORDERED.

Dated:  October 6, 2021
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge

2

Jesus Christ is Lord of All



**Word Of Faith Ministries**
**The Rt. Hon. Rev. Dr. Rabbi, Keith Elijah Thompson**
Pastor, Chief Apostle
Phone: (718) 515-4880   Fax: (718) 515-5053

Email: BronxMiracle@yahoo.com | Website: BronxMiracle.org

Hon. Alison J. Nathan
Judge, United States District Court



Re: Order of Dismissal
July 16th, 2021
Case No: 1.21-cv-02326-AJN

In Re: Bronx Miracle Gospel Tabernacle
Word of Faith Ministries, Inc.
Notice of Appeal Bankruptcy Document #199

Your Honor,

My name is Bernel A. Richardson, and I am a Deacon in Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc.

In early 2021, I was instructed by the Attorney representing our Church Bronx Miracle Gospel Tabernacle to file an Appeal in the U.S. Bankruptcy Court, Southern District regarding a disputed decision rendered by the Bankruptcy Court.

I was further instructed to file this Appeal Pro Se since it referred specifically to a matter affecting me personally. I was also instructed to request a waiver of fees.

The Church submitted a Letter of Request to the then newly assigned Judge David Jones, Bankruptcy Court requesting additional time to file an Appeal.

Unfortunately, due to a lack of knowledge on our part, we not of Legal understanding, mistakes were made and regretfully follow-up was not undertaken. We mistakenly were awaiting a response to our request for additional time to file and did not realize a fee had to be paid to move forward.

Your Honor, we have moved immediately to rectify the situation by contacting the Clerk of the Bankruptcy Court and paying the necessary fees. We are now respectfully and

prayerfully asking that the Dismissal Motion issued on July 19th, 2021, be lifted, allowing Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. reinstatement in Bankruptcy Court, Southern District.

Judge Nathan, I appeal to you to please consider our request and rule accordingly.  The Future of our Church, Bronx Miracle Gospel Tabernacle, Word of Faith Ministries Inc. rests with your decision.

Your Honor, I thank you for your consideration in this request and apologize for my misunderstanding in this matter.

Sincerely yours,

Bernel A. Richardson
Deacon
Bronx Miracle Gospel Tabernacle
Word of Faith Ministries, Inc.

YUSSUF D. ADEYI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AD6232321
Qualified in Bronx County
My Commission Expires 12-06-22

9/20/2021

"The words that I speak unto you they are spirit and they are life." (John 6: 63)

Jesus Christ is Lord of All



Word Of Faith Ministries
The Rt. Hon. Rev. Dr. Rabbi, Keith Elijah Thompson
Pastor, Chief Apostle
Phone: (718) 515-4880    Fax: (718) 515-5053
Email: BronxMiracle@gmail.com  | Website: BronxMiracle.org

## ATTACHMENT

Re:  Order of Dismissal
July 16, 2021
Case No: 1:21-cv-02326-AJN


In Re: Bronx Miracle Gospel Tabernacle
Word of Faith Ministries, Inc.
Notice of Appeal Bankruptcy Document #199


In accordance with the statement "Petition has failed to pay filing fee", be advised that on ~29th~ day of ~April~ 2021 a filing fee of $298.00 was paid to U.S. Bankruptcy Court to the attention of the Clerk of the United States Bankruptcy Court, Southern District of New York.



Date: September 20, 2021



"The words that I speak unto you they are spirit and they are life." (John 6: 63)

United States District Court
Southern District of New York

.........................................................................

Re:

| | |
|---|---|
| Bronx Miracle Gospel Tabernacle | Chapter 11 |
| Word of Faith Ministries, Inc. | Case No. 19-12447 (SMB) |
| a/k/a Bronx Miracle Gospel Tabernacle, Inc. | |

.........................................................................

Membership of Bronx Miracle Gospel Tabernacle
Objection To Trustee's Motion For An Order
Dismissing The Chapter 11 Case

To: The Honorable Alison J. Nathan
Judge, United States District Court

The Listed individuals as Members of the Church, Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc a/k/a Bronx Miracle Gospel Tabernacle, hereby submits this Opposition to the Trustee's Motion for an Order dismissing the Debtor (Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc.) Chapter11 Case and respectfully states as follows:

## Statement:

We, the listed individuals (petitioners) in full compliance of membership in Bronx Miracle Gospel tabernacle Word of Faith Ministries Inc. is respectfully requesting that the Court grant the Debtor (Bronx Miracle Gospel Tabernacle, Word off Faith Ministries Inc) the right to remain under the protection of Chapter 11 in the United States Bankruptcy Court.

We respectfully ask that this request be granted for the following reasons:

1. Awaiting a pending decision from the Appellate Court, 2nd Circuit.

2.  Allow for the preparation of a *Reorganization Plan* to be submitted by the Ministry that will legally address the long standing and damaging actions taken by Newell Funding LLC / Thomas Borek against our Ministry.

Please note that our property, the sole asset of the Ministry was improperly sold with the legitimate authority of the Court.

For all the above stated reasons, *we the Membership of Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc.*, ask that the stated request to remain under the Chapter 11 Protection of the U. S. Bankruptcy Code be granted.

## So, Say We All,

| | |
|---|---|
| o Rev. Dr. Keith Elijah Thompson, Pastor | 2934 Pearsall Avenue, Bronx, NY 10469 |
| o Rev. Yvonne Mae Thompson | 2934 Pearsall Avenue, Bronx, NY 10469 |
| o Jeanette Y. Brown, Minister | 15 S. 1st Ave, #281, Mt. Vernon, NY 10551 |
| o Cynthia Williams, Elder | 1045 E. 226th Street, Bronx, NY 10466 |
| o Bernel A. Richardson, Deacon | 4359 Furman Ave, #3B, Bronx, NY 10466 |
| o Franklyn R. Robinson, Deacon | 3003 Wilson Avenue, Bronx, NY 10469 |
| o Steve Burton, Deacon | 1018 E. 213th Street, Bronx, NY 10469 |
| o Jean Weise, Deaconess | 928 Duncan Road, Bronx, NY 10469 |
| o Sharon Burton, Deaconess | 1018 E. 213th Street, Bronx, NY 10469 |
| o Annie Moore. Deaconess | 2031 Strang Ave., Bronx, NY 10466 |

*Membership List (cont'd)*

So, Say We All,

- o  **Winsome Ferguson, Deaconess**
- o  **Hermin V. Young, Missionary**
- o  **Etta Brown, Missionary**
- o  **Norma Johnson, Missionary**
- o  **Elijah Thompson, Musician**
- o
- o  **Sharice Thompson, Member**
- o  **Horace Hall, Member**
- o  **Marion Hall, Member**
- o  **Joseph Quainoo, Member**
- o
- o  **Alexander Boswell, Member**
- o  **Maxine Brown, Member**
- o  **Elder William Wright**
- o  **Erold Williams**
- o  **Carolyn Skinner**
- o  **Maxine Rose-Hall**

3299 Bronxwood Ave. Bronx, NY 10469
642 E. 222nd Street, Bronx, NY 10466
1110 E. 232nd Street, Bronx, NY 10466
841 E. 225th Street, Bronx, NY 10466
3555 Olinville Ave, Apt. 1D,
Bronx, NY 10467
2934 Pearsall Ave, Bronx, NY 10469
85 Harper Ave, Bronx, NY 10466-5855
85 Harper Ave, Bronx, NY 10466-5855
1306 Chisholm Street, #3H,
 Bronx, NY 10459
3017 Bronxwood Ave, Bronx, NY 10469
417 Brook Avenue, Bronx, NY 10454

Dated: New York, New York
    February 15,2021
    September 20, 2021

 s/ Rev. Dr. Keith Elijah Thompson
**Rev. DR, Keith Elijah Thompson**
**Pastor, Bronx Miracle Gospel Tabernacle**

YUSSUF D. ADEYI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AD6232321
Qualified in Bronx County
My Commission Expires 12-06-22

9/20/2022

 s/ **Bernel A. Richardson**
**Bernel R. Richardson**
**Deacon, Bronx Miracle Gospel Tabernacle**

**Membership Objection: to Trustee's Motion to Dismiss the Chapter 11 Case**

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

**Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc**

| | |
|---|---|
| **These Plaintiff are Members of the Church.**<br>Rev. Dr. Keith Elijah Thompson, Rev. Yvonne Mae Thompson, Minister Jeanette Y. Brown, Elder Cynthia Williams, Deacon Bernel A. Richardson, Deacon Franklyn R. Robinson, Deacon Steve Burton, Deaconess Jean Weise,<br>Deaconess Sharon Burton, Deaconess Annie Moore,<br>Hermin V. Young, Winsome Ferguson, Etta Brown,<br>Maxine Brown, Norma Johnson, Elijah Thompson,<br>Sharice Thompson. | **CASE No.**<br><br><br><br><br><br><br><br>**19-124478 SMB**<br><br><br>**CASE No.**<br>**1.21-cv-02326-AJN** |
| **vs.** | |

**Deborah J. Piazza, Trustee**
**Jill Makower, Counsel**
**Scott S. Markowitz, Counsel**
**Tarter Krinsky & Drogin LLP**

   **Defendants**

---

# COMPLAINT FOR A CIVIL CASE
## The Church As Victim of Collusion

**Parties To The Complaint**

**A. The Plaintiff**

> **Bronx Miracle Gospel Tabernacle,**
> **Word of Faith Ministries, Inc.**
> **P.O. Box 128**
> **Bronx, New York 10467**
> **Phone: (914) 349-3400**
> **Email: BronxMiracle@yahoo.com**

**B. The Defendants**

> **Defendant No. l**
> **Deborah J. Piazza**
> Title: Trustee
> **1350 Broadway, 11th Floor**
> **New York, NY 10018**
> **Phone: (212) 216-8000**
> **Email: dpiazza@taterkrinsky.com**

> **Defendant No.2**
> **Tarter Krinsky & Drogin LLP**
> Title: Attorneys for Trustee
> Jill Makower, Counsel Scott
> S. Markowitz, Counsel
> **1350 Broadway, 11th Floor**
> **New York, NY 10018**
> **Phone: (212) 216-8000**
> Email: jmakower@tarterkrinsky.com
> Email: smarkowitz@tarterkrinsky.com

**Basis For Jurisdiction**

> **Basis for Federal Court Jurisdiction**

**Basis For Federal Jurisdiction:**

This issue of Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc., (Petitioner), with Deborah J. Piazza (Defendant) is currently within the U.S. Bankruptcy court, Southern District [Case No. 19-124478 (SMB)]

## Statement of Claim:

This claim is being filed by the Membership of Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc., a Well-Established Religious entity with over forty years (40) years of continuous service to the County of the Bronx, City of New York, against Deborah J. Piazza an appointed Trustee by U.S. Bankruptcy Court in the matter of a Chapter 1 1 case:

> No. 19-12447 (SMB) and attorneys Scott S. Markowitz (Defendant) and Jill
> Makower (Defendant) legal counsel to said Deborah J. Piazza.

The stated claims are based on the deliberate, consistent actions on the part of the defendants to inflict damages both financial, emotional, and otherwise on the leadership and membership of Bronx Miracle Gospel Tabernacle, Word of Faith Ministries Inc.

An abbreviated presentation of such actions is outlined.

### 1. Initial Meeting of Ministry Leadership and Defendants

Late February 2020 a meeting of introduction was arranged between the leadership of Bronx Miracle Gospel Tabernacle, Trustee, and her Attorneys.

Expectation of the Ministry was that such a meeting would be open to how the Trustee and Ministry could work together to resolve the outstanding issues.

Initial contact with Attorney Markowitz, his statement to one of the Officers of the Ministry was, "Deborah was now his boss and we need to be aware of that fact." That statement set the tone for the ensuing relationship.

The anticipation on the part of the ministry was to engage in a mutually beneficial dialogue, it became obvious that even then, a decision had been reached by Trustee, her Attorney and the principal Creditor, Newell Funding LLC to sell the property, regardless of intent of

the Ministry. This was documented by the presence of a real estate broker (with connections to the creditors) and a potential buyer.

## 2. Arbitrarily Closing of The Church

As the pandemic became a major concern, the Church out of concern for its membership, even with a seating capacity of close to four (400) hundred, took steps to comply with the mandates issued by the State. Last service in compliance was scheduled, with all the necessary sanitary steps in place.

On Tuesday, March 24th, 2020, The Ministry was shocked, stunned and emotionally and psychologically drained when it found the locks changed, with no attempt made to contact the Pastor, Legal Counsel, or any other individual in leadership.

Reason giving by the Trustee and attorneys was to protect the membership of the Ministry. This preposterous statement was proven to be a fallacy given that throughout the most serious and difficult days of the pandemic, late spring, early summer, the Trustee, Attorneys and Broker for the Creditor continued to open the building to a procession of potential buyers.

While entry into Churches were allowed and small gatherings became permissible by the State, with restricted attendance for Special Events, Weddings and Funerals; the Church and its Membership was prevented from engaging in such services due to the denial of access by the Trustee.

## 3. Seizure of Church Property Without Due Notification

Trustee and Attorneys engaged in actions that caused damaged both to the integrity of the Ministry and reputation in the community.

Without any provocation or notification, the Trustee or its attorneys broke the locks on the private offices of the Pastor and Minister of Administration removing computers, both Church owned and personal and refusal to return said property, even after possession has no bearing on the continuing Legal matter.

As part of this "break-in", to the offices, security system was removed, telephone systems were disrupted, files with private information were left scattered throughout the hallways.

## 4. Action Leading To Closing of Case For Damages To Church Property

The Ministry had initiated a Civil Action against the property next door for serious damages made to the Church property. The Civil Court informed the Ministry that at the Order of the Trustee and Attorneys, the Court was instructed to abandon the case. This act denied the Church the damages it was legally entitled.

## 5. Setting of loan Value For Property

While the Ministry was not pleased with the decision to sell its only asset, it fully expected that the sale price would be at a level commensurate with its true value.
To the dismay of the Ministry, the property was sold for an amount that primarily met the needs of the Creditor with remaining amount to cover the costs for Trustee and Attorneys. The low-ball amount paid for the property can be proven by the present sale price for the same building.

## 6. Elimination of Membership Equity In Sole Asset of Ministry

Over the years, through their contributions, donations, offerings and more, including "sweat equity", the Membership had created a form of direct investment in the asset of the Ministry.

The sale of the property for an amount that far decreased the value of similar sites, led to a destruction of the equity built up over the years, of devotion to the work of the Ministry of Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc.

## 7. Violation of The Religious Rights And Freedom To Exercise Religion In Accordance With The Tenets of Our Faith.

The Ministry, as others throughout the Country, could continue engaging in worship, via other forms of Communications. What was denied to our Ministry, but available to others, was the ability to secure various sacred items critical to performance of Worship.

This act has had a severe effect upon the form of Worship customary to our Ministry for over forty years. To those who say such items could be purchase, indicate a lack of understanding of Christian Theology and the Sacred concept of Consecration.

### 8. Membership First Amendment Rights Violated

This flagrant violation of the Religious Rights and Freedom to Exercise said Religion is an assault on the First Amendment Rights of the membership.

### 9. Unreasonable Fees For Services By Trustee and Attorney

Submission of invoices by the trustee and Attorneys is both outrageous and unreasonable. Double billings for same services and other questionable items have increased the amount requested.

By submission of these high amounts, the availability of funds that could be made to the Ministry have been greatly reduced.

### 10. Damaging Effects On The Leadership And Ministry

The Ministry has spent over Forty Years Providing Spiritual and Secular Services to the Borough of the Bronx, City and State.

The Leader of the Ministry, Rev. Dr. Keith Elijah Thompson is a well-known and respected Leader of the Clergy and Community and recent and continuing statements primarily by the Attorneys have sought to damage this reputation and thereby, the integrity of the Ministry. Statements as to his credibility damages not only hm personal, but the entire Ministry, its leadership and membership.

### 11. Trustee Defrauded The Church

Defendants/Trustees colluded with the Lender Thomas Borek, Newell Funding to Defraud the Church.

Creditor already got paid from the sale of the collateralization for the loan.

- What the creditor received from the sale of the collateral property, far exceeded the loan that was made.
- In Addition, Creditor brought claim in Bankruptcy Court against the Church even though he got paid.

**Trustee failed in its Fiduciary duties and responsibilities to protect the interest of the Church,**

## RELIEF:

The Plaintiff, Membership, Bronx Miracle Gospel Tabernacle, Word of Faith Ministries Inc. is requesting relief in the amount of Fifty Million Dollars, ($50,000.00) for collateral damage to the Ministry in the selling of sole asset for a price far beneath its worth; for damages to the reputation of the Ministry and its leadership and for emotional pain and suffering to the Membership through denial of their basic Religious Rights and Freedoms.

## Certification And Closing

## Date of Signing: September 20, 2021

## Signatures of Plaintiff

s/l Rev. Dr. Keith Elijah Thompson
   Pastor, Bronx Miracle Gospel Tabernacle

s/ Yvonne Mae Thompson
   Rev. Bronx Miracle Gospel Tabernacle

s/ Jeanette Y. Brown
   Minister, Bronx Miracle Gospel Tabernacle

s/l Bernel Arthur Richardson
   Deacon, Bronx Miracle Gospel Tabernacle

### Members of the Church
Cynthia Williams, Elder
Franklyn R. Robinson, Deacon
Steve Burton, Deacon
Sharon Burton, Deaconess
Jean Weise, Deaconess
Winsome Ferguson, Deaconess
Hermin V. Young, Missionary
Norma Johnson, Missionary
Elijah Thompson
Horace Hall
Marion Hall
Sharice Thompson
Shalene Thompson
Shavonne Thompson
Maxine Brown

YUSSUF D. ADEYI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AD6232321
Qualified in Bronx County
My Commission Expires 12-06-22

9/20/2021