UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21

Jeanette Y. Brown,

          Appellant,

    –v–

Deborah J. Piazza,

          Appellee.

21-cv-2326 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has obtained an additional letter that predates the letter attached to this Court's Order dated October 6, 2021. The letter is from Jeanette Y. Brown, the appellant in this case. This Court dismissed Ms. Brown's appeal on July 16, 2021, for failure to pay the filing fee. Dkt. No. 3. According to the U.S. Bankruptcy Court's public docket in case 19-BK-12447, docket number 199, the fee has since been paid.

    Ms. Brown requests that this Court therefore lift that dismissal, which the Court construes to be a motion to reopen the appeal. The Court notes that it may have discretion to grant Ms. Brown's request. *See, e.g.*, *Smith v. Nagle House, Inc.*, No. 05CIV5129VM, 2005 WL 1773765, at *1 (S.D.N.Y. July 25, 2005). The Court reiterates, however, that Ms. Brown's appeal would be limited to the issues addressed in the bankruptcy court's February 3, 2021 order identified in her initial appeal. *See* 28 U.S.C. § 158(a). Further, Ms. Brown would be permitted to represent only her individual interests and may *not* advance any legal claims of the Church, which must be represented by licensed counsel. *MAG-V-Inc. v. Brooklyn Legal Servs. Corp.*, No. 17-CV-758 (PKC), 2017 WL 1497959, at *2 (E.D.N.Y. Apr. 26, 2017).

1

The Court orders that Appellee, Deborah J. Piazza, shall file a response to Ms. Brown's letter, if any by October 22, 2021.  The Court additionally orders Ms. Brown by October 29, 2021, to inform the Court whether she intends to proceed with this appeal given that the action will be limited to the February 3, 2021 order and that she cannot represent the Church. Otherwise, Ms. Brown may request a refund from the U.S. Bankruptcy Court, Southern District of New York, which the Clerk of that court shall provide.

Because Ms. Brown represents herself in this action, the Court orders that all further filings must be submitted through the Court's Pro Se Intake Unit. Documents may be sent to the Pro Se Intake Unit for filing by mail at Room 230 of the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, or by email at Temporary Pro Se Filing@nysd.uscourts.gov. Instructions for pro se filing are available on the Court's website at https://www.nysd.uscourts.gov/prose.

The Court wishes to inform Ms. Brown that a legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  During the COVID-19 pandemic, an unrepresented party can make an appointment by completing the intake form available online at https://www.nysd.uscourts.gov/attorney/legal-assistance or by calling 212-659-6190.The Clerk of Court is respectfully directed to mail a copy of this Order to Jeannette Y. Brown.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge



**Jesus Christ is Lord of All**

Word Of Faith Ministries
The Rt. Hon. Rev. Dr. Rabbi, Keith Elijah Thompson
Pastor, Chief Apostle
Phone: (718) 515-4880   Fax: (718) 515-5053

Email: BronxMiracle@yahoo.com  |  Website: BronxMiracle.org

Hon. Alison J. Nathan
Judge, United States District Court



Re: Order of Dismissal
July 16th, 2021  Case No: CV-02326 AJN

In Re: Bronx Miracle Gospel Tabernacle
Word of Faith Ministries, Inc.
Notice of Appeal Bankruptcy Document #199
Case No: 19-12447

Your Honor,

My name is Jeanette Y. Brown, and I am a Minister in Bronx Miracle Gospel Tabernacle, Word of Faith Ministries, Inc.

In early 2021, I was instructed by the Attorney representing our Church Bronx Miracle Gospel Tabernacle to file an Appeal in the U.S. Bankruptcy Court, Southern District regarding a disputed decision rendered by the Bankruptcy Court.

I was further instructed to file this Appeal Pro Se since it referred specifically to a matter affecting me personally. I was also instructed to request a waiver of fees.

The Church submitted a Letter of Request to the then newly assigned Judge David Jones, Bankruptcy Court requesting additional time to file an Appeal.

Unfortunately, due to a lack of knowledge on our part, we not of Legal understanding, mistakes were made and regretfully follow-up was not undertaken. We mistakenly were awaiting a response to our request for additional time to file and did not realize a fee had to be paid to move forward.

Your Honor, we have moved immediately to rectify the situation by contacting the Clerk of the Bankruptcy Court and paying the necessary fees. We are now respectfully and

prayerfully asking that the Dismissal Motion issued on July 19th, 2021, be lifted, allowing Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. reinstatement in Bankruptcy Court, Southern District.

Judge Nathan, I appeal to you to please consider our request and rule accordingly. The Future of our Church, Bronx Miracle Gospel Tabernacle, Word of Faith Ministries Inc. rests with your decision.

Your Honor, I thank you for your consideration in this request and apologize for my misunderstanding in this matter.

Sincerely yours,

Jeanette Y. Brown
Minister of Religion
Bronx Miracle Gospel Tabernacle
Word of Faith Ministries

LENFORD EDIE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ED6019547
Qualified in Bronx County
Commission Expires February 8, 2023

07-26-2021

"The words that I speak unto you they are spirit and they are life." (John 6: 63)

Miracle Gospel Tabernacle of Faith Ministries
P.O. Box 128
Bronx, N.Y. 10467
Atth: Min Jeanette Brown

USM SDNY 15W
10/26/2021

To: Hon. Alison J. Nathan
Judge, United States District Court