

# Bronx Miracle Gospel Tabernacle
## Word of Faith Ministries
2910 Barnes Avenue, Bronx, New York 10467
Phone: (718) 515-4880 | Email: BronxMiracle@yahoo.com
Rev. Dr. Rabbi Keith Elijah Thompson, Pastor-Chief Apostle

---

**Chief Apostle**
Rev. Dr. Rabbi
Keith Elijah Thompson

**Rev. Yvonne Mae Thompson**

**Elders**

**Ministers**

**Deacons**

**Administration**

---

Re: Case Number 1: 21- cv- 02326-AJN

United States District Court
Southern District Court

Case Name In Re: Bronx Miracle Gospel Tabernacle Word Of Faith Ministries

Case Number: 1:21-CV- 02326-AJN

Response: Jeanette Y. Brown

In response to the Order form the U. S. District Court, Southern District issued on October 12, 2021, signed by the Hon. Allison Nathan.

I, Jeanette Y. Brown, Appellant in the above referenced Case Number 1: 21- cv- 02326-AJN herewith state my intention to proceed with said appeal.

Respectfully Submitted,

Jeanette Y. Brown (Minister)
Bronx Miracle Gospel Tabernacle -WOFM

Dated: October 25, 2021

LENFORD EDIE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ED6019547
Qualified in Bronx County
Commission Expires February 8, 2023

10/27/2021



*"The Words that I Speak unto you they are Spirit and they are Life."* (John 6:63)