```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeanette Y. Brown,

                Appellant,

      –v–

Deborah J. Piazza,

                Appellee.

21-cv-2326 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court on November 19, 2021, received Ms. Brown's timely statement of issues and designation of items to be included in the record on appeal. Dkt. No. 10. As stated in the Court's Order dated October 29, 2021, Ms. Brown shall file the Appellant's opening brief by December 17, 2021. Appellee shall file a response by January 14, 2022. The Appellant's reply brief is due by January 28, 2022. Dkt. No. 9

      The Clerk's office is respectfully directed to mail a copy of this Order to Ms. Brown and note the mailing on the public docket.

      SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                            _____
                                            ALISON J. NATHAN
                                            United States District Judge