UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/22

Jeanette Y. Brown,

            Appellant,

—v—

Deborah J. Piazza,

            Appellee.

21-cv-2326 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on February 2, 2022, received the attached letter dated January 26, 2022, from Appellate Jeanette Brown, requesting an extension of time to file her reply brief so that she may consult with counsel. The Court hereby extends the deadline for Ms. Brown's reply brief from January 28, 2022, to March 15, 2022.

    The Clerk's office is respectfully directed to mail a copy of this Order to Ms. Brown and note the mailing on the public docket.

    SO ORDERED.

Dated: February 3, 2022
       New York, New York

                                             _____
                                             ALISON J. NATHAN
                                           United States District Judge

January 26, 2022

Jeanette Y. Brown
15 S. 1st Avenue, #281
Mt. Vernon, New York 10551
E: TheVine28@gmail.com
(914) 314-8410



Re: Jeanette Y. Brown vs. Deborah J. Piazza
In the United States District Court; Southern Division.
Case No. 1:21 – CV 02326 (AJN)

**Dear Judge Alison J. Nathan:**

Good day to you. Enclosed herewith, please find my request for extension to file, in the matter of Trustee's Expungement and Religious Inequities. To properly represent myself regarding these concerns; time it needed to obtain Legal Counsel, Legal Representative to fairly respond to the Trustee's recent brief.

Your Honor, thank you in advance for your consideration of this matter. The Lord bless you.

Sincerely,

Jeanette Y. Brown

By: Pro Se Appellant

# No. 1:21 – CV  02326 (AJN)
# In The
# United State District Court
# Southern District of New York

---

In re: Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc., a/k/a Bronx Miracle Gospel Tabernacle

---

Jeanette Y. Brown

Appellant

vs.

Deborah J. Piazza

Appellee

To The Honorable Judge, Alison J. Nathan:

As the Appellant proceeding Pro Se in this matter, I have striven to comply with all mandates of the Court and to the best of my ability respond in an amiable manner.

Due to personal financial limitations, I committed myself to handle this Legal matter as a Pro Se proceeding. I am herewith making a Request, an Appeal to the Court.

A document consisting of thirty (30) pages, postmarked January 14th, 2022, was mailed to my address from the Legal representatives of the Appellee.

A second mailing of documents dated January 19th, 2022, consisting of twenty-seven (28) pages was also forwarded to the same address.

While I cannot attest to the date either document arrived at my post office, I did not retrieve both documents until Tuesday, January 25, 2022, after visiting a few days prior and not receiving any such mail. Given the combined number of pages fifty-eight (58) and the mailing dates, January 14th and January 19th, 2022, and my limited legal knowledge, I am herewith making a Request / Appeal to the Court. I must now seek Professional Legal Service.

I am therefore requesting of the Court for an extension of time to fully respond to the Brief filed by the Appellee in a manner that protects my interest and supports my Church, Bronx Miracle Gospel Tabernacle.

I do not seek to delay nor disrupt the proceedings of this legal matter but seeks a Fair and Amicable opportunity to *defend and protect my legal and personal interests.*

I would like to thank the Court for considering this request and prayerfully awaits its reply. Thank you.

Date: January 26, 2022

_____
Jeanette Y. Brown
Pro Se Appellant


JO ANN HUNT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HU6406025
Qualified in Westchester County
My Commission Expires 03-23-2024