```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeanette Y. Brown,

        Appellant,

–v–

Deborah J. Piazza,

        Appellee.

21-cv-2326 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    Appellant Jeanette Y. Brown initiated this appeal of the Bankruptcy Court's order expunging Ms. Brown's claims dated February 3, 2021. Dkt. No. 1. The appeal was fully briefed on March 15, 2022. On April 18, 2022, however, the Bankruptcy Court dismissed the underlying Chapter 11 case. *See* Dkt. No. 21. Accordingly, the Court DISMISSES Ms. Brown's appeal as moot. *See Moss v. 245 E. 25th Realty Corp.*, No. 02 CIV. 7555 (SHS), 2003 WL 256780, at *2 (S.D.N.Y. Feb. 5, 2003) ("When a bankruptcy case has been dismissed, and that dismissal is not itself on appeal, an appeal of an interlocutory order of the bankruptcy court in that case is moot.").

    The Clerk's office is respectfully directed to mail a copy of this Order to Ms. Brown and note the mailing on the public docket.

    SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                          ALISON J. NATHAN
                                        United States Circuit Judge
                                          Sitting by designation